RECEIVED
IN LAKE CHARLES, LA.

JUL -9 2013

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

MARK A. ANTOINE                    CIVIL ACTION NO. 2:11-CV-992
297970                             SECTION P

VS.                                JUDGE PATRICIA MINALDI

STATE OF LOUISIANA, ET AL          MAGISTRATE JUDGE KATHLEEN KAY

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the

Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, these

findings and conclusions are accepted.  Alternatively, this court concludes that the proposed

findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the plaintiff's civil rights complaint be **DISMISSED WITH**

**PREJUDICE** as frivolous and for failure to state a claim in accordance with the provisions of 28

U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b)(1).

Lake Charles, Louisiana, on this ____ day of _____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE